**Order entered June 9, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01214-CR
No. 05-15-01215-CR
No. 05-15-01216-CR
No. 05-15-01217-CR

**MANUEL ROBLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-56298-V, F14-56299-V, F14-56300-V, F15-54771-V**

## ORDER

The Court **REINSTATES** these appeals.

On May 11, 2016, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel the Honorable Dianne Jones McVay; (3) counsel's explanation for the delay in filing appellant's brief is due to her workload., and (4) counsel represented she will be able to file appellant's brief within thirty days.

We **ORDER** appellant to file his brief no later than July 5, 2016.

/s/    LANA MYERS
         JUSTICE